**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 05 MBD 10064 |
| DEFENDANT | TYPE OF PROCESS |
| JANET ORMEROD | ORDER TO SHOW CAUSE |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  Janet Ormerod
  ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 17 New Gardner Neck Road, Swansea, MA 02777

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Barbara Healy Smith, AUSA
U.S. Attorney's Office
1 Courthouse Way - Suite 9200
Boston, MA  02210

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve on or before    May 2nd    , 2005

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: (617) 748-3282
DATE: 1/31/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk: Nancy Delanei
Date: 4/4/05

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: Time: am/pm
Signature of U.S. Marshal or Deputy: Lo Lotte

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 9000 | 37.97 | — | 127.97 | | | |

REMARKS: Refused service. Refused to answer door. Seen inside cleaning. Pounded on door. 4/15/05 12:30 PM

**PRIOR EDITIONS MAY BE USED**    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
        Petitioner )
)
V. )
)
JANET ORMEROD )    M.B.D. No.
)
        Respondent )

**05 MBD 10064**

## ORDER TO SHOW CAUSE

Upon the Petition, the Exhibit(s) attached thereto, including the Affidavit of Katherine McDonough, Revenue Officer of the Internal Revenue Service, and upon the motion of Michael Sullivan, United States Attorney for the District of Massachusetts, it is ORDERED that the respondent appear before the District Court of the United States for the District of Massachusetts, in that branch thereof presided over by the undersigned, in courtroom # __24__ in the United States Courthouse in __Boston__ on the __19th__ day of __May__, 200__5__, at __2:30__ __P__.M., to show cause why she should not be compelled to obey the Internal Revenue Service Summons served upon her on June 9, 2004. It is further

ORDERED that a copy of this Order, together with the Petition and Exhibit(s) thereto, be personally served upon Janet Ormerod on or before __May 2nd__, 200__5__. It is further

ORDERED that within five days of service of copies of this Order, the Petition and Exhibit(s), the respondent shall file and serve a written response to the Petition.

DATED at __Boston__, Massachusetts on this __4th__ day of __April__, 200__5__.

~~United States District Judge~~

*[signature]*
United States Magistrate Judge

JANET OMEROD
17 New Gardner Neck Road
Swansea, MA   02777

FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 JAN 31 P 2:37

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA )
        Petitioner )
)
V. )
)
JANET ORMEROD )
        Respondent )

M.B.D. No.
05 MBD 10064

## PETITION TO ENFORCE
## INTERNAL REVENUE SERVICE SUMMONS

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael Sullivan, United States Attorney for the District of Massachusetts, state that:

1. This proceeding for the enforcement of an Internal Revenue Service Summons is brought pursuant to sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986, 26 U.S.C. sections 7402(b) and 7604(a).

2. David Malo is a Revenue Officer of the Internal Revenue Service authorized to issue summonses under the Internal Revenue Laws.

3. The respondent, Janet Ormerod, resides or is found at 17 New Gardner Neck Road, Swansea, Massachusetts, 02777 within the jurisdiction of this Court. The respondent is in possession and control of testimony and documents concerning this investigation. The Internal Revenue Service is conducting an investigation for the collection of the tax liability of Janet Ormerod for the taxable period(s) ending on December 31, 1997, December 31, 1998, December 31, 1999, December 31, 2000, December 31, 2001 and December 31, 2002.

4. Section 6301 of the Internal Revenue Code of 1986, 26 U.S.C, authorizes the Secretary of the Treasury to collect the taxes imposed by the Internal Revenue Laws. For the purpose of collecting the tax liability of any person, Section 7602 authorizes the Secretary to issue a Summons to the person to appear at a time and place named in the Summons, to produce such books, papers, records or other data, and to testify, as may be relevant or material to collecting the tax liability.

5. On June 9, 2004, Revenue Officer David Malo, who was conducting the Service's investigation at that time, issued, pursuant to Section 7602 of the Internal Revenue Code of 1986, a summons to Janet Ormerod, directing her to appear before Revenue Officer David Malo at 166 Main Street, Brockton, MA. 02301 on June 23, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RECEIVED
U.S. ATTORNEY

05 JAN -7 PM 3: 23

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Petitioner | ) | No. |
| V. | ) | |
| | ) | |
| JANET ORMEROD | ) | **05 MBD 10064** |
| Respondent | ) | |

## DECLARATION OF REVENUE OFFICER

I, Katherine McDonough, Revenue Officer at the Internal Revenue Service, am currently conducting an investigation into the delinquent returns of Janet Ormerod. This case was reassigned to me from David Malo, who issued and served the summons.

I state that the facts alleged by Michael Sulivan, United States Attorney for the District of Massachusetts, in the Petition to Enforce the Internal Revenue Service Summons which was served on Janet Ormerod, are true to the best of my knowledge and belief.

I declare under the penalty of perjury that the foregoing is true and correct.
Executed this 10th day of November, 2004.

Katherine McDonough
Internal Revenue Service



# Summons

U.S. ATT
05 JAN -7

RECEIVED
U.S. ATTORNEY
05 JAN -7 PM 3: 22

In the matter of  **Janet Ormerod, 17 New Gardner Neck Rd, Swansea, MA  02777-2511**
Internal Revenue Service (Division): **Small Business/Self Employed**
Industry/Area (name or number): **Small Business/Self Employed Area: 05**
Periods **12/31/1997,12/31/1998,12/31/1999,12/31/2000,12/31/2001,12/31/2002**

## The Commissioner of Internal Revenue

To  **Janet Ormerod**
At  **17 New Gardner Neck Road Swansea, MA 02777**

You are hereby summoned and required to appear before David Malo, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents in your possession and control reflecting the assets and liabilities of the above named taxpayer(s) including, but not limited to, the following: all bank statements, checkbooks, canceled checks, savings account passbooks, and records of certificates of deposit, for January 1, 2003 to May 1, 2004 (specify current year and the preceding year), regarding accounts or assets held in the name of the taxpayer(s) or held for the benefit of the taxpayer(s); all records or documents regarding stocks and bonds, deeds or contracts regarding real property, current registration certificates for motor vehicles, and life or health insurance policies currently in force, any of which items are owned, wholly or partially, by the taxpayer(s), or in which the taxpayer(s) have a security interest, or held for the benefit of either or both of the taxpayer(s), so that a current Collection Information Statement may be prepared.  A blank copy of such Collection Information Statement is attached hereto to guide you in the production of the necessary documents and records.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
166 Main Street, Brockton, MA  02301   508-895-8837

**Place and time for appearance at:**  166 Main Street, Brockton, MA  02301

**IRS**
Department of the Treasury
**Internal Revenue Service**
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

on the  23rd  day of  June  , 2004  at  8:00  o'clock  _  m.
Issued under authority of the Internal Revenue Code this  9th  day of  June , 2004

_____
Signature of Issuing Officer

_____
Revenue Officer
Title

_____
Signature of Approving Officer (if applicable)

_____
Title

**Original --** to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 6/10/04 | 10:30 AM |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☒ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _Handed to front desk_

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address:

| Signature | Title |
|---|---|
| [signature] | Revenue Officer |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice _____   Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☐ No notice is required.

| Signature | Title |
|---|---|
| | |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| | |

Form **2039** (Rev. 12-2001)

and to produce for examination (and give testimony relating to) documents and financial records for the period(s) January 1, 2003 to May 1, 2004. A copy of the Summons is attached to this Petition as "Exhibit A". On June 10, 2004, Revenue Officer David Malo served the Summons on Janet Ormerod by leaving an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. Revenue Officer David Malo signed a certification on the face of the copy of the summons served that it is a true and correct copy of the original.

6. Janet Ormerod has failed and refuses to comply with the Summons.

7. The records sought by the Summons are not now in the possession of the Internal Revenue Service, and their production by Janet Ormerod for examination by an officer of the Internal Revenue Service is necessary to complete a Collection Information Statement.

8. This case has been reassigned to Revenue Officer Katherine McDonough, who is currently conducting the Service's investigation.

WHEREFORE, the petitioner prays that:

1. Janet Ormerod be ordered to show cause, if any she has, why she should not obey the Summons;

2. Janet Ormerod be ordered to obey the Summons at a time and place to be fixed by Revenue Officer Katherine McDonough or by any other officer of the Internal Revenue Service authorized to examine the records and take testimony; and

3. The cost of this action to be awarded to the United States.

By its attorney,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Barbara Healy Smith
BARBARA HEALY SMITH
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3282

Dated: JANUARY 31, 2005